J. Erik Heath, Esq. (SBN 304683)
J. ERIK HEATH, ATTORNEY AT LAW
369 Pine St., Ste. 410
San Francisco, CA 94104
Tel.:    (415) 426-7850
Fax:    (415) 449-6556
erik@heathlegal.com

Attorney for Plaintiff
OSKAR LIZARRAGA-DAVIS

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSKAR LIZARRAGA-DAVIS,<br><br>        *Plaintiff*,<br><br>v.<br><br>TRANSWORLD SYSTEMS, INC.,<br><br>        *Defendant*. | Case No. 5:18-cv-4081-BLF<br><br>**JOINT STIPULATION TO SET DISCOVERY DEADLINES; [PROPOSED] ORDER** |

Plaintiff Oskar Lizarraga-Davis and Defendant Transworld Systems, Inc. ("TSI") hereby stipulate and agree as follows:

WHEREAS, a Case Management Conference (CMC) was held in this case on December 13, 2018;

WHEREAS, the Court requested the parties to meet and confer to stipulate to all remaining deadlines not set in the CMC Order, including discovery cut-offs and expert disclosure deadlines;

//

//

//

WHEREAS, the parties have agreed to the below schedule:

| Event | Date |
|---|---|
| Non-expert discovery cut-off | 4/30/2021 |
| Disclosure of experts | 5/31/2021 |
| Rebuttal experts | 6/21/2021 |
| Expert discovery cut-off | 7/15/2021 |

IT IS HEREBY STIPULATED AND AGREED that the Court adopt the above discovery schedule and deadlines.


Dated: January 16, 2019                    J. ERIK HEATH, ATTORNEY AT LAW

                                           /s/ Jon Erik Heath_____
                                           J. Erik Heath
                                           Attorney for Plaintiff
                                           OSKAR LIZARRAGA-DAVIS


Dated: January 23, 2019                    SESSIONS, FISHMAN, NATHAN & ISRAEL, LLP

                                           /s/ Damian P. Richard_____
                                           Damian P. Richard
                                           Attorney for Defendant
                                           TRANSWORLD SYSTEMS, INC.


**L.R. 5-1 Attestation**

Pursuant to L.R. 5-1(i)(3) regarding signatures, I, J. Erik Heath, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 23rd day of January, 2019, at San Francisco, California.

                      By: ___/s/ Jon Erik Heath_____
                              J. Erik Heath

1

## <u>ORDER</u>

2        Having read the foregoing stipulation and agreement of the parties, and for good cause

3   appearing, IT IS SO ORDERED THAT,

4        1)  The cut-off for non-expert is April 30, 2021;

5        2)  The deadline for disclosure of experts is May 31, 2021;

6        3)  The deadline to disclose rebuttal experts is June 21, 2021; and

7        4)  The cut-off for expert discovery is July 15, 2021.

8

9   Dated: _____              _____

10                                      Hon. Beth Labson Freeman
                                        U.S. DISTRICT JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28