# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| OSKAR LIZARRAGA-DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>TRANSWORLD SYSTEMS INC.,<br><br>Defendant. | Case No. 18-cv-04081-BLF<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**<br><br>[Re: ECF 42, 44] |

Defendant's Motion to Remove Incorrectly Filed Document (ECF 44) seeks to remove the Declaration of Bradley Luke (ECF 42) on the ground that Defendant failed to redact sensitive personal information. Plaintiff has filed a Statement of Nonopposition (ECF 48). The information in question falls within the scope of Federal Rule of Civil Procedure 5.2, providing that information such as social security numbers, birth date, and the like must be redacted from court filings absent a contrary order of the Court.

Accordingly, the motion to remove ECF 42 is GRANTED.

**IT IS SO ORDERED.**

Dated: February 13, 2019

_____
BETH LABSON FREEMAN
United States District Judge