ERIKA A. HEATH (SBN 304683)
(erika@duckworthpeters.com)
**ERIKA HEATH, ATTORNEY AT LAW**
369 Pine Street, Suite 410
San Francisco, CA 94104
Tel.:  (415) 426-7850
Fax:  (415) 449-6556

Attorneys for Plaintiff
OSKAR LIZARRAGA-DAVIS

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OSKAR LIZARRAGA-DAVIS,<br>        Plaintiff,<br><br>v.<br><br>TRANSWORLD SYSTEMS, INC.;<br>        Defendant. | Civil Action No. 5:18-cv-4081-BLF<br><br>**PLAINTIFF'S OBJECTIONS TO EVIDENCE**<br><br>**Dkt. 45-46** |

      Plaintiff Oskar Lizarraga-Davis hereby provides the Court, pursuant to L.R. 7-3(c) with the following objections to evidence Defendant submitted in support of its reply brief, specifically the Declaration of Bradley Luke (Dkt. 45.)

    **A.**    **Objection No. 1**

    Plaintiff objects to Exhibit 2 attached to the Declaration of Bradley Luke (Dkt. 45.).

    **Grounds:** Rule of completeness.  Fed. R. Evid. 106.  This document purports to be part of the "Loan Note disbursed on June 26, 2006," but that part of the document, the "Loan Note," has neither been produced, nor been made available to Plaintiff.

    **B.**    **Objection No. 2**

    Plaintiff objects to page 6 of Exhibit 3, page attached to the Declaration of Bradley Luke (Dkt. 45.).

    **Grounds:** Lacks authentication and foundation; rule of completeness.  Fed. R. Evid. 106, 901(a).  This page is not a part of the document that forms the rest of the exhibit.  For

example, when Defendant attached the document "2006-4 Pool Supplement" to its correspondence with Plaintiff and the Court, it did not include this page. (See Lizarraga-Davis Decl., at Ex. 1, 2, 5.) Further, the page appears to be from a different source, and is not referenced by name in the pages that precede it. Further, Mr. Luke's authentication of the page refers to it being an "excerpt" of a larger document, but Plaintiff has been unable to see the entire document to test the veracity of that statement.

### C. Objection No. 3

Plaintiff objects to Exhibit 3, attached to the Declaration of Bradley Luke (Dkt. 45.)..

**Grounds:** Rule of completeness. Fed. R. Evid. 106. This exhibit is a selection of pages from a much larger document that has not been made available to Plaintiff. As the document describes, the pages "form[] a part of that certain Note Purchase Agreement… dated as of May 30, 2003." Many terms in these pages refer to specific parts of the rest of the document, such as Paragraph 3.01 ("The Program Lender repeats the representations and warranties contained in Section 5.02 of the Agreement.").

Dated: February 15, 2019               ERIKA HEATH, ATTORNEY AT LAW

                                       By:    */s/ Erika Heath*
                                              Erika A. Heath f/k/a/ J. Erik Heath
                                              Attorney for Plaintiff
                                              OSKAR LIZARRAGA-DAVIS