| | |
|---|---|
| Erika Heath (SBN 304683) <br> (erika@heathlegal.com) <br> **ERIKA HEATH, ATTORNEY AT LAW** <br> 369 Pine Street, Suite 410 <br> San Francisco, CA 94104 <br> Tel:     (415) 426-7850 <br> <br> Attorneys for Plaintiff <br> OSKAR LIZARRAGA-DAVIS | James K. Schultz (SBN 309945) <br> Debbie P. Kirkpatrick (SBN 207112) <br> **SESSIONS, ISRAEL & SHARTLE, LLP** <br> 1545 Hotel Circle South, Suite 150 <br> San Diego, CA 92108-3426 <br> Tel:   (619) 758-1891 <br> Fax:  (877) 334-0661 <br> jschultz@sessions.legal <br> dkirkpatrick@sessions.legal <br> <br> Attorneys for Defendant <br> TRANSWORLD SYSTEMS, INC. |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSKAR LIZARRAGA-DAVIS, <br>    *Plaintiff*, <br> v. <br> <br> TRANSWORLD SYSTEMS, INC.; <br>    *Defendant*. | Case No. 5:18-cv-04081-BLF <br> <br> **JOINT STIPULATION RE: DISCOVERY DOCUMENTS AND FACTS** |

IT IS HEREBY AGREED AND STIPULATED among the parties to this action, by and through their counsel, for purposes of the above-styled action, that:

1.     The action and result codes produced by TSI (TSI0542-TSI0551) are true and correct copies of the action and result codes applicable to the account records in this case (TSI0169-TSI0259).

2.     In lieu of further discovery on the issue, TSI agrees that it will not contest the conclusion in the Consumer Financial Protection Bureau's Consent Order with TSI that the approximate number of lawsuits filed between November 1, 2014 and April 25, 2016 on behalf


Case 5:18-cv-04081-BLF   Document 63-3   Filed 03/31/22   Page 2 of 2

of the National Collegiate Student Loan Trusts is approximately 37,689. Other than the agreement not to contest the number of lawsuits, TSI does not admit to or agree with any of the other findings or conclusions in the CFPB's Consent Order and this stipulation is limited only to the approximate number of lawsuits filed on behalf of the National Collegiate Student Loan Trusts.

Dated: June 7, 2021              ERIKA HEATH, ATTORNEY AT LAW

                                 */s/ Erika Heath*
                                 Erika A. Heath
                                 Attorney for Plaintiff
                                 OSKAR LIZARRAGA-DAVIS

Dated: June 7, 2021              SESSIONS, ISRAEL & SHARTLE LLP

                                 */s/ James Schultz*
                                 James K. Schultz
                                 Debbie P. Kirkpatrick
                                 Attorney for Defendant
                                 TRANSWORLD SYSTEMS, INC.

**L.R. 5-1 Attestation**

Pursuant to L.R. 5-1(i)(3) regarding signatures, I, Erika A. Heath, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 7th day of June, 2021, at San Francisco, California.

                        By:   */s/ Erika Heath*
                              Erika A. Heath


2
JOINT STIPULATION RE: DISCOVERY DOCUMENTS AND FACTS
