UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSKAR LIZARRAGA-DAVIS,<br><br>                Plaintiff,<br><br>        v.<br><br>TRANSWORLD SYSTEMS INC.,<br><br>                Defendant. | Case No.  18-cv-04081-BLF<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT** |

Plaintiff's motion for partial summary judgment having been granted and Defendant's motion for summary judgment having been denied, this matter is referred, pursuant to Civil Local Rule 72-1,

[ ]        for random assignment to a United States Magistrate Judge

[x]        to United States Magistrate Judge Magistrate Judge Nathanael M. Cousins to conduct a settlement conference.

The parties shall contact Magistrate Judge Cousins' Courtroom Deputy Clerk, Lili Harrell, at Lili_Harrell@cand.uscourts.gov to obtain a date for the settlement conference.

**IT IS SO ORDERED.**

Dated:  July 18, 2022

_____
BETH LABSON FREEMAN
United States District Judge

*Rev. 10-18*