# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| OSCAR LIZARRAGA-DAVIS, <br><br> Plaintiff, <br><br> v. <br><br> TRANSWORLD SYSTEMS, INC., <br><br> Defendants. | Case No. 5:18-cv-04081 BLF <br><br> **NOTICE AND ORDER SETTING SETTLEMENT CONFERENCE** <br><br> **Re: Dkt. No. 76** |

This case was referred to this Court by the Honorable Beth Labson Freeman for a settlement conference. The conference will be held on **September 30, 2022**, **at 9:30 a.m.** This proceeding will be held via Zoom meeting. If a party is unable to participate in the conference on this date, that party must meet and confer with opposing counsel to find another date on which all parties are available and then contact courtroom deputy Lili Harrell as soon as possible at Lili_Harrell@cand.uscourts.gov, or 408.535.5343. Please see this Court's Settlement Conference Standing order for more information.

IT IS SO ORDERED. Date:

July 20, 2022

Nathanael M. Cousins
United States Magistrate Judge

Case No. 18-cv-04081 BLF (NC)
SETTLEMENT CONFERENCE ORDER