# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| OSKAR LIZARRAGA-DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>TRANSWORLD SYSTEMS INC.,<br><br>Defendant. | Case No. 18-cv-04081-BLF<br><br>**ORDER CONSTRUING DEFENDANT'S FILING AS A MOTION FOR RECONSIDERATION; AND SETTING DEADLINE FOR OPPOSITION**<br><br>[Re: ECF 80] |

On August 30, 2022, Defendant filed a Motion for Leave to File Motion for Reconsideration (ECF 80) of the Court's order on the parties' cross-motions for summary judgment. Because Defendant's filing is twenty pages in length – albeit in large font – and appears to present all of Defendant's substantive arguments for reconsideration of the Court's summary judgment ruling, the Court construes the filing as a motion for reconsideration, which the Court will consider. Plaintiff SHALL file opposition, not to exceed ten pages, by September 9, 2022. The Court thereafter will decide the motion for reconsideration without oral argument.

**IT IS SO ORDERED.**

Dated: August 31, 2022

_____
BETH LABSON FREEMAN
United States District Judge