Erika Heath, Esq. (SBN 304683)
Erika Heath, Attorney at Law
369 Pine St., Suite 410
San Francisco, CA  94104
Tel: (415) 426-7850
Fax: (415)449-6556
erika@heathlegal.com
*Attorney for Plaintiff Oskar Lizarraga-Davis*

James K. Schultz, Esq. (SBN 309945)
Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, ISRAEL & SHARTLE, L.L.P.
1550 Hotel Circle South, Suite 260
San Diego, CA  92108-3426
Tel:    619/758-1891
Fax:   877/334-0661
jschultz@sessions.legal
dkirkpatrick@sessions.legal
*Attorneys for Defendant Transworld Systems Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSKAR LIZARRAGA-DAVIS, ) | Case No.  5:18-cv-04081-BLF |
| ) | |
| Plaintiff, ) | JOINT SETTLEMENT STATUS |
| ) | REPORT |
| vs. ) | |
| ) | Judge Beth Labson Freeman |
| TRANSWORLD SYSTEMS INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

NOW COME the parties, by their respective undersigned counsel, and hereby submit the following joint settlement status report.

1. The parties have agreed to the settlement of the claims of plaintiff and have exchanged drafts of the settlement agreement. The parties anticipate that the agreement will be finalized in the next 10 days.

2. On November 7, 2022, the parties were able to also resolve the claim for plaintiff's attorney fees and costs. The parties are revising a draft of the settlement agreement now that the case has been fully resolved.

3. The parties anticipate that the agreement will be finalized a stipulation of dismissal will be filed within the next 45 days.

Dated:  November 7, 2022	Erika Heath, Attorney At Law

*/s/Erika A. Heath*
Erika Heath
Attorneys for Plaintiff
Oskar Lizarraga-Davis

Dated:  November 7, 2022	SESSIONS, ISRAEL & SHARTLE, L.L.P.

*/s/Debbie P. Kirkpatrick*
Debbie P. Kirkpatrick
Attorneys for Defendant
Transworld Systems Inc.